AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

FRANK P. GOURLEY,

      Petitioner,                    JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER**:  3:16-cv-00029-MMD-VPC**

ISIDRO BACA, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice. It is further ordered that petitioner is denied a certificate of appealability.

  August 1, 2016                                      **LANCE S. WILSON**
                                                  Clerk

                                              /s/ D. R. Morgan
                                              Deputy Clerk