UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FRANK P. GOURLEY, | Case No. 3:16-cv-00029-MMD-VPC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| ISIDRO BACA, et al., | |
| Respondents. | |

Good cause appearing, petitioner's unopposed motion for extension of time (ECF No. 15) is granted. Petitioner will have until July 19, 2018, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 12th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1