UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK P. GOURLEY,<br><br>    Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>    Respondents. | Case No. 3:16-cv-00029-MMD-VPC<br><br>ORDER |

Good cause appearing, it is therefore ordered that Petitioner's second unopposed motion for extension of time (ECF No. 17) is granted. Petitioner will have until September 17, 2018, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 20th day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE