UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK P. GOURLEY, | Case No. 3:16-cv-00029-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

This *pro se* habeas matter comes before the Court on Petitioner's motion to voluntarily dismiss his petition (ECF No. 20).

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a petitioner may voluntarily dismiss his petition without a court order at any time before respondents have filed an answer or motion for summary judgment. Because Respondents have filed neither in this case, Petitioner's motion to voluntarily dismiss is effective upon filing. The motion for voluntary dismissal will therefore be granted, and the petition will be dismissed.

It is therefore ordered that Petitioner's motion to voluntarily dismiss (ECF No. 20) is granted. The petition for writ of habeas corpus in this case is therefore dismissed.

It is further ordered that the Clerk of Court enter final judgment accordingly and close this case.

DATED THIS 12th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE